STATE of Missouri, Respondent,

v.

Glenda Jessie SCHOTT, Appellant.

No. WD 45097.

Missouri Court of Appeals, Western District.

July 21, 1992.

Richard W. Dahms, Cameron, for appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., for respondent.

Before LOWENSTEIN, C.J., and BERREY and SMART, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of delivering a controlled substance, in violation of § 195.-211, RSMo 1986, and sentence of 15 years' imprisonment.

Affirmed. Rule 30.25(b).